**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 21-cr-221 (CJN) |
| MARK A. BLUE, | |
| *Defendant.* | |

## VERDICT FORM

### COUNT ONE:  Kidnapping (Federal Law)

With respect to Count One, the charge of Kidnapping (Federal Law), we unanimously find the defendant:

NOT GUILTY _____        GUILTY \_\_✓\_\_\_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### COUNT TWO:  Conspiracy to Commit Kidnapping (Federal Law)

With respect to Count Two, the charge of Conspiracy to Commit Kidnapping (Federal Law), we unanimously find the defendant:

NOT GUILTY _____        GUILTY \_\_✓\_\_\_

**COUNT THREE:  Kidnapping While Armed (D.C. Law)**

With respect to the offense of Kidnapping (D.C. Law), we unanimously find the defendant:

NOT GUILTY _____        GUILTY \_\_✓\_\_\_

*IF YOU UNANIMOUSLY FOUND THE DEFENDANT GUILTY OF THE OFFENSE, PLEASE CONTINUE TO THE NEXT QUESTION.  IF NOT, PLEASE CONTINUE TO COUNT FOUR.*

**Enhancement**

Do you unanimously find beyond a reasonable doubt that the defendant committed the offense while armed?

NO _____        YES \_\_✓\_\_\_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**COUNT FOUR:  Robbery While Armed**

With respect to the offense of Robbery, we unanimously find the defendant:

NOT GUILTY _____        GUILTY \_\_✓\_\_\_

*IF YOU UNANIMOUSLY FOUND THE DEFENDANT GUILTY OF THE OFFENSE, PLEASE CONTINUE TO THE NEXT QUESTION.  IF NOT, PLEASE CONTINUE TO COUNT FIVE.*

**Enhancement**

Do you unanimously find beyond a reasonable doubt that the defendant committed the offense while armed?

NO _____        YES \_\_✓\_\_\_

**COUNT FIVE:  First Degree Sexual Abuse While Armed With Aggravating Circumstances**

With respect to the offense of First Degree Sexual Abuse, we unanimously find the defendant:

NOT GUILTY _____        GUILTY \_\_✓\_\_\_\_

*IF YOU UNANIMOUSLY FOUND THE DEFENDANT GUILTY OF THE OFFENSE, PLEASE ANSWER BOTH OF THE NEXT TWO QUESTIONS.  IF NOT, PLEASE CONTINUE TO COUNT SIX.*

**Enhancements**

Do you unanimously find beyond a reasonable doubt that the defendant committed the offense while armed?

NO _____        YES \_\_✓\_\_\_\_

Do you unanimously find beyond a reasonable doubt that at the time of the offense the defendant was aided and abetted by an accomplice?

NO \_\_✓\_\_\_        YES _____

**COUNT SIX:  First Degree Sexual Abuse While Armed With Aggravating Circumstances**

With respect to the offense of First Degree Sexual Abuse, we unanimously find the defendant:

NOT GUILTY _____        GUILTY __✓___

*IF YOU UNANIMOUSLY FOUND THE DEFENDANT GUILTY OF THE OFFENSE, PLEASE ANSWER BOTH OF THE NEXT TWO QUESTIONS.*

**Enhancements**

Do you unanimously find beyond a reasonable doubt that the defendant committed the offense while armed?

NO _____              YES __✓___

Do you unanimously find beyond a reasonable doubt that at the time of the offense the defendant was aided and abetted by an accomplice?

NO _____              YES __✓___

Dated: March 6, 2024

FOREPERSON